## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **AKEEM R. GUMBS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 3:18-cv-0022 |
| **LOUIS PENN, JR.,** | ) |
| **Defendant.** | ) |

### ORDER

**BEFORE THE COURT** is Plaintiff Akeem R. Gumbs' ("Plaintiff") Motion for Preliminary Injunction. (ECF No. 53). A request for a court order must "state with particularity the grounds for seeking the order." Fed R. Civ. P. 7(b)(1)(B). Plaintiff's motion asserts a single undeveloped and unsupported claim, which lacks legal basis for his sought relief. *See* ECF No. 53.

Furthermore, the Court dismissed the complaint in this matter on March 15, 2019. *See* ECF No. 9. The Court also notes that Plaintiff's appeal was dismissed for failure to prosecute. Therefore, the Court will summarily deny Plaintiff's motion.

The premises considered it is hereby:

**ORDERED** that Plaintiff's motion for preliminary injunction, ECF No. 53, is **DENIED.**

**Dated:** September 30, 2021          */s/ Robert A. Molloy*
                                                               **ROBERT A. MOLLOY**
                                                               **Chief Judge**