# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| AKEEM R. GUMBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-0022 |
| ) | |
| LOUIS PENN, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

**THIS MATTER** comes before the Court on Plaintiff's motions seeking relief under Rule 60(b) of the Federal Rules of Civil Procedure. (ECF Nos. 59 and 60.)

On March 15, 2019, this Court issued an Order finding that Plaintiff accrued a third strike pursuant to 28 U.S.C. § 1915(g), thereby precluding him from bringing a civil action in this matter. (ECF No. 9). Furthermore, on December 4, 2019, the Court denied Plaintiff's motions seeking relief under Rule 60(b) of the Federal Rules of Civil Procedure. (ECF No. 29.) The Court fully incorporates the reasoning and rulings made in the Court's prior rulings as if fully stated herein.

Accordingly, it is hereby

**ORDERED** that Plaintiff's motions seeking relief under Rule 60(b) of the Federal Rules of Civil Procedure, ECF Nos. 59 and 60, are **DENIED;** it is further

**ORDERED** that a copy of this Order shall be served on Plaintiff by first class mail return receipt requested.

**Dated:** October 21, 2022  *s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**